AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED
FEB 24 2015
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Martin Jaime Gamez-Pantoja<br>YOB: 1985  CITIZENSHIP: Mexico<br><br>*Defendant(s)* | Case No. M-15-0285-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 23, 2015** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 23 kilograms of methamphedamine a Schedule I controlled substance. |
| 21 U.S.C § 846 | did knowingly and intentionally conspire to possess with the intent to distribute approximately 23 kilograms of methamphedamine a Schedule I controlled substance. |

This criminal complaint is based on these facts:
On February 23, 2015, Department of Homeland Security, Homeland Security Investigations McAllen, Texas Office (HSI McAllen), received information from United States Customs and Border Protection, Office of Field Operations (CBP-OFO), that a male subject had been detained at the Pharr Port of Entry (Pharr POE) attempting to import approximately 23 kilograms of methamphetamine.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by: Linda Requenez, AUSA
2/24/15

_____
Complainant's signature

Irineo Garza, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/24/2015

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

"Attachment A"

Upon arrival at the Pharr POE, Special Agent I. Garza was advised that Luis Alberto Jauregui-Cantu had been detained as the driver of a tractor trailer that had been found to have 24 bricks of methamphetamine for a combined weight of 23 kilograms. Special Agent I. Garza was advised that the bricks of methamphetamine had been located within the batteries of the tractor and the refrigeration unit of the trailer.

During a post Miranda interview of Jauregui-Cantu he stated that he had no knowledge of the narcotics that were found in the batteries. Jauregui-Cantu stated that he had been hired by Martin Jaime GAMEZ-PANTOJA to drive the tractor trailer from the Reynosa, Mexico into the United States. Jauregui-Cantu stated that GAMEZ-PANTOJA was going to pay him $600 Mexican Pesos for crossing the truck into the United States. Jauregui-Cantu also stated that GAMEZ-PANTOJA was waiting to be picked up by him at the Stripes Convenience Store located approximately one quarter mile north of the Pharr POE. Jauregui-Cantu also stated that GAMEZ-PANTOJA was the owner of the tractor trailer.

HSI McAllen Special Agent T. Mora and D. Adame were able to locate GAMEZ-PANTOJA at the local Stripes and transported him to the Pharr POE to be interviewed. During a post Miranda interview of GAMEZ-PANTOJA, he stated that he was aware that there were narcotics in the tractor trailer and that he was being paid $2,000 USD to transport the narcotics to a local warehouse. GAMEZ-PANTOJA stated that he was hired by a subject in Mexico to commit this act and that he would be paid upon returning to Mexico. GAMEZ-PANTOJA stated that he had in fact hired Jauregui-Cantu to cross the tractor trailer and made arrangement with him to be picked up at Stripes after the trailer had been crossed. GAMEZ-PANTOJA stated that Jauregui-Cantu was not made aware of the narcotics that were in the tractor trailer.